Opinion issued August 26, 2010

 

 



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00676-CR

———————————

IN RE ARTIST WEST, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus  



 



 

MEMORANDUM OPINION[1]

          By petition for writ of mandamus,
relator, Artist West, seeks mandamus relief compelling the trial court to rule
on his motion for judgment nunc pro tunc.      We
deny the petition for writ of mandamus.[2]  See
Tex. R.
App. P. 52.7 (requiring relator to file proper
record with petition).

PER CURIAM

Panel consists of Justices Jennings, Alcala, and
Massengale.

Do not publish.  Tex. R.
App. P. 47.2(b).











[1]
          The underlying case is Artist West v. State, No. 1177691, in
the 262nd Judicial

             District Court of
Harris County, Texas, the Honorable Mike Anderson presiding.  





[2]
          Citations were issued for the
five defendants in the lawsuit.  Three of
the defendants were served.  Two of the
defendants were not served, and the two unserved citations were returned to the
clerk.